**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **TAHLIA BELL,** | ) Case No. 1:12cv2353 |
| | ) Criminal Case No. 1:11cr322 |
| Petitioner, | ) |
| | ) **Judge Dan Aaron Polster** |
| vs. | ) |
| | ) **MEMORANDUM OF OPINION** |
| **UNITED STATES OF AMERICA,** | ) **AND ORDER** |
| | ) |
| Respondent. | ) |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

Furthermore, pursuant to 28 U.S.C. §2253(c) and Fed. R. App. P. 22(b), there is no basis upon which to issue a certificate of appealability. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

                                                 */s/Dan Aaron Polster 10/1/12*
                                                 **Dan Aaron Polster**
                                                 **United States District Judge**